UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| JAMIE LEE COKER, | § | |
|---|---|---|
| TDCJ #01782357 | § | |
| | § | |
| Plaintiff, | § | |
| v. | § | Civil Action No. 3:18-CV-444 |
| | § | |
| GEORGE KIMBROUGH | § | |
| | § | |
| Defendant. | § | |

## PLAINTIFF JAMIE LEE COKER'S
## TRIAL WITNESS LIST

TO THE HONORABLE JEFFREY V. BROWN:

Plaintiff Jamie Lee Coker anticipates calling the following witnesses to testify in the trial of the above-styled matter. This list does not limit those witnesses that may be called to testify for rebuttal or impeachment purposes.

| | WITNESS | WILL CALL | MAY CALL | MAY, BUT LIKELY WILL NOT CALL |
|---|---|---|---|---|
| 1. | **Jamie Lee Coker, Plaintiff**<br><br>Mr. Coker is the Plaintiff in this lawsuit. | X | | |
| 2. | **Dr. Ernestine Julye**<br><br>Dr. Julye has been designated as Defendant's non-retained medical expert. Dr. Julye treated the Plaintiff after the use of force event that took | X | | |

1

| | | | X | |
|---|---|---|---|---|
| | place on May 4, 2017 and following Plaintiff's exploratory surgery. Accordingly, Dr. Julye may testify as to her knowledge concerning the incident that forms the basis of this lawsuit and Plaintiff's subsequent convalescence. | | | |
| 3. | **\*George Kimbrough, Defendant** Mr. Kimbrough is the defendant in this case. | | X | |

\*Mr. Kimbrough is the defendant in this lawsuit. Defense counsel has represented that the Defendant will attend trial and that he will be called to testify. Based on these representations, Plaintiff does not intend to call Mr. Kimbrough by deposition at this time. However, should the Defendant be unavailable at trial or elect not to take the stand, Plaintiff reserves his right to call Mr. Kimbrough by deposition.

Plaintiff may also call any custodians of records who may be called to testify regarding the authenticity of any and all respective records if such authenticity is disputed at the time of trial.

Plaintiff reserves the right to call any expert and fact witness designated or identified by the Defendant, whose testimony cannot be anticipated at this time, or who may be called in rebuttal. However, Plaintiff does not waive the right to object to the qualification or admissibility of the testimony of any expert or fact witness designated by the Defendant.

Dated: November 9, 2023

Respectfully submitted,

**BECK REDDEN LLP**

*/s/ Maryam Ghaffar*
Maryam Ghaffar
Texas State Bar No. 24120847
Federal I.D. No. 3710605
mghaffar@beckredden.com
Cassie R. Maneen
Texas State Bar No. 24120989
Federal I.D. No. 3610554
cmaneen@beckredden.com
Bennett J. Ostdiek
Texas State Bar No. 24122056
Federal I.D. No. 3811113
bostdiek@beckredden.com
1221 McKinney St., Suite 4500
Houston, Texas 77010-2010
Telephone No. (713) 951–3700
Facsimile No. (713) 951–3720

**ATTORNEYS FOR PLAINTIFF JAMIE LEE COKER (TDCJ#01782357)**

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was served upon all counsel of record via email on November 7, 2023.

*/s/    Maryam Ghaffar*
Maryam Ghaffar