# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
# GALVESTON DIVISION

| | | |
|---|---|---|
| JAMIE LEE COKER, TDCJ #01782357 | § § § § | |
| Plaintiff, | § | |
| v. | § | Civil Action No. 3:18-CV-444 |
| | § | |
| GEORGE KIMBROUGH | § § | |
| Defendant. | § | |

## PLAINTIFF JAMIE LEE COKER'S
## PROPOSED EXHIBIT LIST

| EXH. NO. | DATE | BATES RANGE/ SOURCE | DESCRIPTION | OFFER | OBJECT | ADMIT | OUT | |
|---|---|---|---|---|---|---|---|---|
| 1. | 10/10/2023 | COKER_000001-000012 | TDCJ; Photos of Hospital Galveston Loading Dock | | | | | |
| 2. | 5/5/2017 | 002197-002198 | TDCJ; Step 1; Offender Grievance Form signed by Warden Lacox | | | | | |
| 3. | 6/14/2017 | 002195-002196 | TDCJ; Step 2; Offender Grievance Form signed by B. Barnett | | | | | |
| 4. | 5/11/2017 | 00323 | TDCJ; Inter-Office Communication with Def. Kimbrough's Statement | | | | | |
| 5. | 5/22/2017 | 000316 | TDCJ; Inter-Office Communication with Off. Gateri Statement | | | | | |
| 6. | 5/22/2017 | 000317 | TDCJ; Inter-Office Communication with Off. Lemler Statement | | | | | |
| 7. | 5/11/2017 | 000322 | TDCJ; Grievance Investigation Worksheet | | | | | |
| 8. | 5/11/207 | 000324 | TDCJ; Internal Emergency Grievance from R. Lerma | | | | | |
| 9. | 5/23/2017 | 000315 | TDCJ; Step 1 Grievance Fact Sheet for OIG Investigation signed by D. Hurley | | | | | |
| 10. | 6/5/2017 | 000314 | TDCJ; Step 1 Grievance Investigation Worksheet signed by R. Lerma | | | | | |

1

| EXH. NO. | DATE | BATES RANGE/ SOURCE | DESCRIPTION | OFFER | OBJECT | ADMIT | OUT | |
|---|---|---|---|---|---|---|---|---|
| 11. | 7/5/2017 | 000327 | TDCJ; Step 2 Grievance Fact Sheet for OIG Investigation signed by B. Barnett | | | | | |
| 12. | No date | 000307-000308 | TDCJ; Statement from Jamie Coker to Offender Grievance Program | | | | | |
| 13. | 5/4/2017 | -- | UTMB; After Visit Summary | | | | | |
| 14. | No date | -- | UTMB; Patient Education Document | | | | | |
| 15. | 5/3/2017 | 001939-001942 | UTMB; Discharge Summary | | | | | |
| 16. | 4/17/2017 | 001659-001743 | UTMB; Inpatient Record | | | | | |
| 17. | 4/24/2023 | -- | TDCJ; Affidavit of Warden Secretary | | | | | |

Dated: November 9, 2023  Respectfully submitted,

**BECK REDDEN LLP**

*/s/ Maryam Ghaffar*
Maryam Ghaffar
Texas State Bar No. 24120847
Federal I.D. No. 3710605
mghaffar@beckredden.com
Cassie R. Maneen
Texas State Bar No. 24120989
Federal I.D. No. 3610554
cmaneen@beckredden.com
Bennett J. Ostdiek
Texas State Bar No. 24122056
Federal I.D. No. 3811113
bostdiek@beckredden.com
1221 McKinney St., Suite 4500
Houston, Texas 77010-2010
Telephone No. (713) 951–3700
Facsimile No. (713) 951–3720

**Attorneys For Plaintiff Jamie Lee Coker (TDCJ#01782357)**

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was served upon all counsel of record via email on October 24, 2023.

*/s/ Maryam Ghaffar*
Maryam Ghaffar