United States District Court
Southern District of Texas
**ENTERED**
November 10, 2023
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | | |
|---|---|---|
| JAMIE LEE COKER,<br>TDCJ # 01782357<br><br>Plaintiff,<br><br>VS.<br><br>GEORGE KIMBROUGH,<br><br>Defendant. | § § § § § § § § § § | 3:18-CV-444 |

# **ORDER**

This Court finds that plaintiff's motion for Jamie Lee Coker to appear without restraints is meritorious and the motion is hereby GRANTED. Dkt. 99.

IT IS THEREFORE ORDERED that Plaintiff's counsel is permitted to provide Plaintiff Jamie Lee Coker, TDCJ No. 01782357, with civilian clothes;

IT IS FURTHER ORDERED that Mr. Coker be allowed to appear in civilian clothes and without restraints during trial in the instant case; and

IT IS FURTHER ORDERED that the appropriate officials are instructed to produce Mr. Coker at trial in the civilian clothes provided by Plaintiff's counsel rather than in his prison uniform.

Signed on Galveston Island this 10th day of November, 2023.

_____
JEFFREY VINCENT BROWN
UNITED STATES DISTRICT JUDGE