United States District Court
Southern District of Texas
**ENTERED**
December 06, 2023
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | | |
|---|---|---|
| JAMIE LEE COKER, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | 3:18-cv-444 |
| | § | |
| GEORGE KIMBROUGH, | § | |
| | § | |
| Defendant. | § | |

# **ORDER**

This case was tried to a jury on November 13–14, 2023. On November 14, the jury returned a verdict in favor of the defendant, George Kimbrough, on the plaintiff's § 1983 excessive-force claim. Based on the jury's verdict, the court awards judgment in favor of the defendant. It is hereby ordered, adjudged, and decreed that the plaintiff take nothing on his claims against the defendant.

Signed on Galveston Island this 6th day of December, 2023.

_____
JEFFREY VINCENT BROWN
UNITED STATES DISTRICT JUDGE